# ROCKLAND COUNTY SHERIFF'S OFFICE
## CERTIFICATE OF SERVICE

United States District Court for the Southern District of New York

| | |
|---|---|
| Life's Fortune LLC successor to NEKTAR Nutrition Inc., Owell Naturals Brand, LLC F.K.A. E-Tolls LLC and Moshe Zahler aka Moses Zahler<br><br>vs.<br><br>Serenu Inc., Joseph Stern, **Shaya Werzberger aka Volvie Werzberger aka Sam Werzberger** and Shmuel Mayer Roth | Civil Action No. 24-cv-05066<br><br>Sheriff File Number: 24001412 |

I, Deputy Sheriff Steve Levy, # 940, of the Rockland County Sheriff's Office, New City, New York, certify and affirm that on 7/12/2024 at approximately 2:50 PM, at 81 West Church Street, Unit 101 Spring Valley, NY 10977, **served the within Summons & Complaint, upon Shaya Werzberger aka Sam Werzberger the defendant named therein**, in the following manner:

**ALTERNATE PERSON**

By delivering to and leaving with **Mrs. Adler who is current resident, defendant is her husband's friend**, a true copy thereof, a person of suitable age and discretion. Said address was the last known address of the Defendant.

**MAILED**

By mailing in a plain envelope marked Personal & Confidential on 7/12/2024 a copy of the annexed Summons & Complaint to the Defendant at which was 81 West Church Street, Unit 101 Spring Valley, NY 10977.

**DESCRIPTION**

The person served was approximately: Skin Color: White, Hair Color: Head Covered, Gender: Female, Height: 5' 6" Weight: 125, Age: Approximately 30.

Dated:
Monday, July 15, 2024

Steve Levy
Deputy Sheriff

940
Badge Number