# ROCKLAND COUNTY SHERIFF'S OFFICE
## CERTIFICATE OF SERVICE

United States District Court for the Southern District of New York

| | |
|---|---|
| Life's Fortune LLC successor to NEKTAR Nutrition Inc., Owell Naturals Brand, LLC F.K.A. E-Tolls LLC and Moshe Zahler aka Moses Zahler<br><br>vs.<br><br>Serenu Inc., Joseph Stern, Shaya Werzberger aka Volvie Werzberger aka Sam Werzberger and **Shmuel Mayer Roth** | Civil Action No. 24-cv-05066<br><br>Sheriff File Number: 24001413 |

I, Deputy Sheriff Mikayla Madden, # 546, of the Rockland County Sheriff's Office, New City, New York, certify and affirm that on the 7/18/2024 at approximately 1:20 PM, at 3 Sunderland Place Suffern, NY 10901, **served the within Summons & Complaint, upon Shmuel Mayer Roth the defendant named therein**, in the following manner:

**ALTERNATE PERSON**

By delivering to and leaving with **Gitty Roth who is wife to the Defendant** a true copy thereof, a person of suitable age and discretion. Said address was the actual residence of the Defendant.

**MAILED**

By mailing in a plain envelope marked Personal & Confidential on 7/18/2024 a copy of the annexed Summons & Complaint to the Defendant at which was 3 Sunderland Place Suffern, NY 10901.

**DESCRIPTION**

The person served was approximately: Skin Color: White, Hair Color: Brown, Gender: Female, Height: 5' 8"  Weight: 140, Age: 27.

Dated:
Friday, July 19, 2024

_signature_ #546

Mikayla Madden          546
Deputy Sheriff          Badge Number