UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
LIFE'S FORTUNE LLC, successor to NEKTAR  :
NUTRITION INC.; OWELL NATURALS           :
BRAND, LLC; and MOSHE ZAHLER             :
a/k/a MOSES ZAHER,                       :
                                         :   Case No. 7:24-cv-05066 (CS)
              Plaintiffs,                :
     - against -                         :
                                         :
SERENU INC.; JOSEPH STERN; SHAYA         :
WERZBERGER a/k/a VOLVIE WERZBERGER       :
a/k/a SAM WERZBERGER; and SHMUEL         :
MAYER ROTH,                              :
                                         :
              Defendants.                :
-------------------------------------------------------------------x

## ANSWER AND AFFIRMATIVE DEFENSES

Defendant Shaya Werzberger (identified in the Complaint as "Shaya Werzberger a/k/a Volvie Werzberger a/k/a Sam Werzberger") ("Werzberger"), by and through his attorney, Paul Batista, P.C., as and for his Answer and Affirmative Defenses to the Amended Complaint filed January 15, 2025 (the "AC"), respectfully alleges as follows:

1. Denies each and every allegation of ¶1 of the AC.

2. Denies each and every allegation of ¶2 of the AC.

3. Denies each and every allegation of ¶3 of the AC.

4. Denies each and every allegation of ¶4 of the AC.

5. Denies each and every allegation of ¶5 of the AC.

6. Denies knowledge or information sufficient to form a belief as to the truth of the allegations of ¶¶6, 7, 8, 9 and 10 of the AC.

7. Denies the allegation of ¶11 of the AC that Mr. Werzberger was a "key executive employee."

8. Denies each and every allegation of ¶12 of the AC.

1

9. Denies knowledge or information sufficient to form a belief as to the truth of the allegations of ¶¶17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32 and 33 of the AC.

10. Denies current knowledge or information sufficient to form a belief as to the truth of the allegations of ¶¶34, 35 and 36 of the AC.

11. Denies each and every allegation of ¶¶37, 38, 39 and 40 of the AC.

12. Denies knowledge or information sufficient to form a belief as to the truth of the allegations of ¶41 of the AC.

13. Denies each and every allegation of ¶¶42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90 and 91 of the AC.

14. Denies knowledge or information sufficient to form a belief as to the truth of the allegations of ¶92 of the AC.

15. Denies each and every allegation of ¶¶93 and 94 of the AC.

16. Denies knowledge or information sufficient to form a belief as to the truth of the allegations of ¶¶95, 96, 97, 98, 99 and 100 of the AC.

17. Denies each and every allegation of ¶101 of the AC.

18. Denies knowledge or information sufficient to form a belief as to the truth of the allegations of ¶¶102, 103, 104, 105, 106, 107, 108, 109, 110, 111, 112, 113, 114, 115, 116, 117, 118 and 119 of the AC.

19. Denies each and every allegation of ¶120 of the AC.

20. Denies knowledge or information sufficient to form a belief as to the truth of the allegations of ¶¶121 and 122 of the AC.

21. Denies each and every allegation of ¶¶123, 124, 125, 126, 127, 128, 129, 130, 131, 132, 133, 134, 135, 136, 137, 138, 139, 140, 141, 142, 143, 144, 145, 146, 147, 148, 149, 150, 151, 152, 153, 155, 156, 157, 158, 159, 160, 161, 162, 163, 164, 165, 166, 168, 169, 170, 171, 172, 173, 175, 176, 177, 178, 179, 180, 182, 183, 184, 185, 186, 187, 188, 189, 190, 191, 192, 193, 194, 195, 196, 197, 198, 199, 200, 201, 203, 204, 205, 206, 208, 209, 210, 211, 213, 214, 215, 216, 217, 218, 219, 220, 221, 222, 224, 225, 226, 227, 229, 230, 231, 232, 233, 234, 235, 236, 237, 238, 239, 240, 241, 243, 244, 245, 246, 247, 248, 249, 250, 252, 253, 254, 255, 256, 257, 258, 259 and 260 of the AC.

22. Denies knowledge or information sufficient to form a belief as to the truth of the allegations of ¶¶262, 263, 264, 265, 266, 267, 268, 269, 270, 272, 273, 274, 275 and 276 of the AC.

23. Denies each and every allegation of ¶¶278, 279, 280, 281, 282, 284, 285, 286, 287, 288, 289, 290, 291, 292, 293, 294, 295, 296, 297, 299, 300, 301, 302, 303, 304, 305, 306, 307, 308, 309, 310, 312, 313, 314, 316, 317, 318, 319, 320, 321 and 322 of the AC.

## AFFIRMATIVE DEFENSES

24. The AC fails to state any claim on which relief can be granted.

25. The AC violates the provisions of Fed. R. Civ. P. 8.

26. The AC violates the provisions of Fed. R. Civ. P. 11.

27. To the extent that the AC demands equitable relief, it is barred by the doctrine of unclean hands.

WHEREFORE, defendant Shaya Werzberger demands judgment as follows:

- Dismissal of the AC in its entirety and with prejudice;

- An award of Mr. Werzberger's attorneys' fees and expenses; and

- Such other and further relief as the Court deems just and proper.

Dated: New York, New York
       January 30, 2024

>                                PAUL BATISTA, P.C.
>
>                                By: _____
>                                Paul Batista
>                                Attorney for Defendant
>                                    Shaya Werzberger
>                                26 Broadway, Suite 1900
>                                New York, New York 10004
>                                (631) 377-0111 (T)
>                                Batista007@aol.com

TO:   BRUCK LLP

      ALL COUNSEL OF RECORD

      CLERK OF THE COURT