UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
 LIFE'S FORTUNE LLC, et al.,

                               Plaintiffs,

         -against-                             24 **CIVIL** 5066 (CS)

                                             **JUDGMENT**

SERENU INC., et al.,

                               Defendants.
----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 20, 2026, Defendants' motions are granted. The trade dress infringement claim pursuant to the Lanham Act (Count I), the misappropriation of trade secrets claim pursuant to the DTSA (Count IV), and the CFAA claim (Count XVIII) are dismissed with prejudice. The state claims for trade dress infringement and dilution, misappropriation of confidential information, breaches of fiduciary duty and breaches of contract, unfair competition, unjust enrichment, diversion of corporate opportunity, tortious interference with business expectancy, conversion and accounting (Counts II-III and V-XVII) are dismissed without prejudice; accordingly, the case is closed.

**Dated:** New York, New York

      March 23, 2026

                                       **TAMMI M. HELLWIG**

                                          **Clerk of Court**

                **BY:**

                                      **Deputy Clerk**